UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALTON SMITH, and VALERIE SMITH,

     Plaintiffs,

v.                                    Case No: 2:26-cv-00718-JES-NPM

NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER, and DOES 1-10

     Defendants.

_____

**OPINION AND ORDER**

    This matter comes before the Court on review of the file. For the reasons set forth below the Verified Civil Complaint (Doc. #1) will be dismissed as a shotgun pleading.[1]

    "Complaints that violate either Rule 8(a)(2) or Rule 10(b), or both, are often disparagingly referred to as 'shotgun pleadings.'" Weiland v. Palm Beach Cnty. Sheriff's Off., 792 F.3d 1313, 1320 (11th Cir. 2015). Of the four categories outlined in Weiland, the most prominent shotgun pleading occurs where a party incorporates preceding paragraphs from the previous counts, thereby leading to a situation where most of the counts (i.e., all

_____

[1] Additionally, a separate motion for a temporary restraining order was not filed and therefore the request is not being considered. (Doc. #1, pp. 5-6.)

but the first) contain irrelevant factual allegations and legal conclusions.  Id. at 1324 (citations and quotation marks omitted).

Counts II through IV "incorporate the foregoing paragraphs." (Doc. #1, ¶¶ 39, 43, 46.)  By doing so, this Complaint is a "quintessential 'shotgun' pleading—the sort of pleading we have been roundly condemning for 30 years." See Keith v. DeKalb Cnty., 749 F.3d 1034, 1045 n.39 (11th Cir. 2013)(collecting cases).  As a result, each count is now "replete with factual allegations that could not possibly be material to that count, and that any allegations that are material are buried beneath innumerable pages of rambling irrelevancies."  Magluta v. Samples, 256 F.3d 1282, 1284 (11th Cir. 2001).

This Court has an obligation "to take the initiative to dismiss" the Complaint but must give Plaintiff an opportunity to replead before dismissing his case with prejudice on non-merits shotgun pleading grounds.  See Vibe Micro, Inc. v. Shabanets, 878 F.3d 1291, 1296 (11th Cir. 2018); Weiland, 792 F.3d at 1321 n. 10.

Accordingly, it is now

**ORDERED:**

The Verified Civil Complaint (Doc. #1) is **DISMISSED** as a shotgun pleading without prejudice to filing an Amended Complaint within **FOURTEEN (14) DAYS** of this Order.

**DONE AND ORDERED** at Fort Myers, Florida, this ___13th___ day of March 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record